| |[pic] | |
|Chief Justice | |Nueces County Courthouse |
|Rogelio Valdez | |901 Leopard, 10th Floor |
| | |Corpus Christi, Texas |
|Justices | |78401 |
|Nelda V. Rodriguez | |361-888-0416 (Tel) |
|Dori Contreras Garza | |361-888-0794 (Fax) |
|Gina M. Benavides | | |
|Gregory T. Perkes | |Hidalgo County |
|Nora L. Longoria | |Administration Bldg. |
| | |100 E. Cano, 5th Floor |
|Clerk | |Edinburg, Texas 78539 |
|Dorian E. Ramirez | |956-318-2405 (Tel) |
| | |956-318-2403 (Fax) |
| | | |
| | |www.txcourts.gov/13thcoa |
| |Court of Appeals | |
| |Thirteenth District of Texas | |
| | | |

 March 30, 2015

|Hon. Felipe Garcia Jr. |Hon. Gilberto Hinojosa |
|The Garcia-Williams Law Firm |Attorney at Law |
|201 E. University Drive |622 E. St. Charles St. |
|Edinburg, TX 78539 |Brownsville, TX 78520 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |
| | |
|Hon. David K. Williams | |
|The Garcia-Williams Law Firm | |
|201 E. University Drive | |
|Edinburg, TX 78539 | |
|* DELIVERED VIA E-MAIL * | |

Re: Cause Nos. 13-13-00659-CV, 13-13-00660-CV, and 13-13-00661-CV
Tr.Ct.No. CL-29,133-G, CL-29,133-G-B, and CL-29,133-G-A
Style: Faith Ozcelebi M.D. v. K. V. Chowdary, M.D., Individually and
 D/B/A Valley Gastroenterology Clinic, P. A. Valley Gastroenterology
 Clinic, P. A.

Dear Counsel:

 The above-referenced causes have been set for submission and oral
argument in Edinburg in the Court of Appeals for the Thirteenth District of
Texas in its courtroom located on the 5th floor of the Administration
Building, 100 E. Cano, Edinburg, Texas on Wednesday, May 20, 2015 at 10:30
a.m., before a panel consisting of Chief Justice Valdez and Justices
Rodriguez and Longoria.

 The Court has determined these cases merit oral argument. Tex. R.
App. P. 39.7. The Court expects both parties to be present and ready for
argument even if only one party has requested oral argument. Each side is
allowed twenty minutes to present its case. If additional time is needed,
you must file a motion requesting same prior to the date of submission.
This Court looks with disfavor on the failure of lawyers to appear after
having requested oral argument or last minute notices of waived argument.
We consider these practices to be discourteous and it prevents the Court
from scheduling other cases for submission.

 If this setting presents an irreconcilable conflict in your court
schedule, it will be necessary for you to file a motion to postpone
argument.

 Very truly yours,
 [pic]
 Dorian E. Ramirez, Clerk

DER:pf

| | |